UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAN A. ALGER, and JOSEPH A. ANDREACCHIO, husband and wife and the marital community comprised thereof,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SECURITY INSURANCE COMPANY, a Delaware Corporation; and HOMECOMINGS FINANCIAL, LLC, a South Carolina Corporation, d/b/a Homecomings Financial,<br><br>Defendant. | C07-1438Z<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for order authorizing issuance of a deposition subpoena to an out-of-state non-party witness, docket no. 36, is STRICKEN as unnecessary. Under Fed. R. Civ. P. 45(a)(3)(B), an attorney "may issue and sign a subpoena as an officer of . . . a court for a district where a deposition is to be taken or production is to be made, if the attorney is authorized to practice in the court where the action is pending."

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 23rd day of January, 2009.

BRUCE RIFKIN, Clerk

By     s/ Claudia Hawney
       Claudia Hawney
       Deputy Clerk

MINUTE ORDER 1–